IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSE GRIFFITH                                                                                      PLAINTIFF

　　　　　v.                              Civil No. 14-5194

DEPUTY ROSE; DEPUTY ROSSER;
SERGEANT SHARP; LIEUTENANT
VANG; DEPUTY JOHNSON; DEPUTY
DEVERAUX; LIEUTENANT MARTINEZ;
CAPTAIN GUYLL; and SHERIFF KELLY
CRADDUCK, Benton County, Arkansas                                          DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Jesse Griffith, currently an inmate of the Benton County Detention Center, filed this *pro se* civil rights action under 42 U.S.C. § 1983 on June 25, 2014. Griffith also filed an application to proceed *in forma pauperis* (IFP). However, the application was incomplete. He failed to have the certification regarding inmate funds held in his name completed. Plaintiff was sent another blank IFP application and given until July 16, 2014, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this Court for review and filing or pay the $350 filing fee and $50 administrative fee, a total of $400 (Doc. 3).

Because Plaintiff indicated that he was having trouble getting the prison account form completed, the Clerk was directed to send a copy of the June 25th order to Captain Guyll, Benton County Detention Center, 1300 S.W. 14th Street, Bentonville, AR 72712, by certified mail return receipt requested. Captain Guyll was asked to assist Plaintiff in getting this form completed and returned to the Court.

AO72A
(Rev. 8/82)

The complaint was also found to be incomplete or inadequate. It did not contain sufficient information about the actions taken by each Defendant for the Court to screen the complaint under the provisions of the Prison Litigation Reform Act. Plaintiff was directed to file an amended complaint stating for each Defendant how he believes they violated his federal constitutional rights. A form complaint was mailed to him and he was given until July 16, 2014, to file his amended complaint. Plaintiff was advised that failure to obey the order of the Court would result in the summary dismissal of the complaint.

To date, the Plaintiff has not filed his complete IFP or his amended complaint. He has not requested additional time to file these documents. No mail has been returned as undeliverable. Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed based on Plaintiff's failure to obey an order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 13th day of August 2014.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE