IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSE GRIFFITH                                                           PLAINTIFF

V.                          CASE NO. 5:14-CV-5194

DEPUTY ROSE; DEPUTY ROSSER;
SERGEANT SHARP; LIEUTENANT VANG;
DEPUTY JOHNSON; DEPUTY DEVERAUX;
LIEUTENANT MARTINEZ; CAPTAIN GUYLL;
and SHERIFF KELLY CRADDUCK,
Benton County, Arkansas                                                  DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on August 13, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 8th day of September, 2014.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE